# NO. 12-13-00198-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *COZBY-GERMANY HOSPITAL, INC.,* <br> *APPELLANT* | § | *APPEAL FROM THE 294TH* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *TARIQ MAHMOOD, M.D. AND TM* <br> *VAN ZANDT HOSPITAL, LLC F/K/A* <br> *VAN ZANDT HEALTHCARE,* <br> *APPELLEES* | § | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

The parties have filed an agreed motion to dismiss this appeal. In their motion, the parties state that they have resolved their dispute and no longer wish to pursue the appeal. Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1). Costs are taxed against the party incurring them. *See* TEX. R. APP. P. 42.1(d).

Opinion delivered September 25, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 25, 2013**

**NO. 12-13-00198-CV**

**COZBY-GERMANY HOSPITAL, INC.,**
Appellant
V.
**TARIQ MAHMOOD, M.D. AND TM VAN ZANDT HOSPITAL, LLC F/K/A VAN ZANDT HEALTHCARE,**
Appellees

Appeal from the 294th District Court

of Van Zandt County, Texas (Tr.Ct.No. 13-00088)

THIS CAUSE came on to be heard on the agreed motion of Appellant and Appellees to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring them.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*